# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| SOURCE GIANT SPRINGS, INC.; and DAVID BROWN, as Stockholders' Representative,<br><br>Plaintiffs,<br><br>-vs-<br><br>GREENBERG INVESTMENT, LLC,<br><br>Defendant. | No. CV-20-73-GF-BMM<br><br>**ORDER FOR HEARING FOR ENTRY OF A DEFAULT JUDGMENT** |

The default of Defendant having been entered in this matter on December 18, 2020, and Plaintiffs having thereafter applied pursuant to Rule 55(b), F.R.Civ.P., for a hearing to provide the evidence by which this court might enter a default judgment,

IT IS HEREBY ORDERED that such hearing shall be conducted by the undersigned on January 6, 2021 at 1:30 p.m. The hearing shall be conducted by Zoom. The Court will provide the Zoom link to the parties.

DATED this 21st day of December, 2020.

_____
Brian Morris, Chief District Judge
United States District Court