**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| SOURCE GIANT SPRINGS, INC.; and DAVID BROWN, as Stockholders' Representative,<br><br>Plaintiffs,<br><br>-vs-<br><br>GREENBERG INVESTMENT, LLC,<br><br>Defendant. | No. CV-20-73-GF-BMM<br><br><br>**ORDER GRANTING APPLICATION FOR ENTRY OF JUDGMENT** |

Plaintiffs Source Giant Springs, Inc., and David Brown having applied to the District Court pursuant to Rule 55(b), F.R.Civ.P., and Local Rule 58.1(b) that it direct the Clerk to enter judgment against Defendant Greenberg Investment, LLC, for Eight Million Five Hundred Thousand Dollars ($8,500,000.00), and good cause having been demonstrated

IT IS HEREBY ORDERED that the Clerk shall enter a judgment against Defendant Greenberg Investment, LLC, for Eight Million Five Hundred Thousand Dollars ($8,500,000.00) in this matter.

DATED this 12th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court